UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIVE AXIS INDUSTRIES INC. | CASE NO. 2:23-cv-01634-JHC |
| Plaintiff, | ORDER TO SHOW CAUSE REGARDING DIVERSITY JURISDICTION |
| v. | |
| GOSIGER MACHINE TOOLS LLC, | |
| Defendant. | |

The Court has reviewed Plaintiff Five Axis Industries Inc.'s Complaint (Dkt. # 1) and concludes that it does not establish subject matter jurisdiction over this action. Plaintiff asserts that the Court's jurisdiction is based on diversity of citizenship. Dkt. # 1 at 2. For purposes of assessing diversity jurisdiction, a court must consider the domicile of all members of a limited liability company. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Plaintiff alleges that Defendant Gosiger Machine Tools is a limited liability company, Dkt. # 1 at 1. But Plaintiff fails to identify Defendant Gosiger's members and the domicile of its members. Absent allegations of the domicile of all LLC members, Plaintiff has not established diversity jurisdiction.

ORDER TO SHOW CAUSE REGARDING DIVERSITY JURISDICTION - 1

Accordingly, the Court orders Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. If Plaintiff fails to provide the court with the information described above within seven (7) days of this order, the case will be dismissed without prejudice.

Dated this 27th day of October, 2023.

*John H. Chun*

John H. Chun
United States District Judge