UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FIVE AXIS INDUSTRIES, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOSIGER MACHINE TOOLS, LLC, a foreign limited liability company,<br><br>Defendant. | NO. 2:23-CV-01634-JHC<br><br>ORDER DIRECTING PLAINTIFF/COUNTER-DEFENDANT FIVE AXIS INDUSTRIES, INC. TO APPEAR AND SHOW CAUSE WHY AN ORDER PUTTING DEFENDANT IN IMMEDIATE POSSESSION OF PROPERTY SHOULD NOT BE ISSUED PURSUANT TO RCW 7.64.020 AND FED. R. CIV. P. 64 |

THIS MATTER comes before the Court on Defendant/Counter-Claimant Gosiger Machine Tools, LLC's ("Gosiger") Motion for an Order to Show Cause and Replevin Under RCW § 7.64.020 and Fed. R. Civ. P. 64.

Upon review of the parties' submissions relating to the motion, the Court **FINDS**:

1. Gosiger has sufficiently shown that it is lawfully entitled to the possession of the Okuma VTM-1200YB by virtue of a security interest and the parties' agreement, pursuant to RCW 7.64.020(2)(a);

2. Gosiger has sufficiently shown that Plaintiff/Counter-Defendant Five Axis Industries, Inc. ("Five Axis") has wrongfully detained the Okuma VTM-1200YB, pursuant to RCW 7.64.020(2)(b);

3. Gosiger has sufficiently shown that the Okuma VTM-1200YB has not been taken for a tax, assessment, or fine pursuant to a statute and has not been seized under an execution or attachment against the property of Gosiger, pursuant to RCW 7.64.020(2)(c);

4. Gosiger has sufficiently shown that the Okuma VTM-1200YB is valued at approximately of $994,875.00, pursuant to RCW 7.64.020(2)(d);

**Based on the above, the Court ORDERS the following:**

A. The Court shall hold a hearing on the matters set forth above at the **United States Courthouse, 700 Stewart Street, Seattle, Washington, 98101-9906**, on **September 5, 2024**, at **10:00 A.M**.

B. Five Axis shall appear at the hearing at this place, date, and time to show cause why an order putting Gosiger in immediate possession of the Okuma VTM-1200YB should not be issued.

C. If Five Axis fails to promptly turn over possession of the Okuma VTM-1200YB to Gosiger or the United States Marshals, if an order awarding possession is issued under RCW 7.64.035(1), Five Axis may be held in contempt of court.

D. The Clerk shall issue a certified copy of this Order to Gosiger for service upon Five Axis.

E. Gosiger shall serve the certified copy of this Order, along with a copy of Jerry Pressel's supplemental affidavit, upon Five Axis no later than five days before the hearing date.

DONE this 21st day of August, 2024.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

                                                                          */s/ John H. Chun*
                                                              JOHN H. CHUN
                                                              UNITED STATES DISTRICT JUDGE