UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FIVE AXIS INDUSTRIES, INC., a Washington corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>GOSIGER MACHINE TOOLS, LLC, a foreign limited liability company,<br><br>            Defendant. | NO. 2:23-CV-01634-JHC<br><br>ORDER GRANTING PARTIES' JOINT MOTION TO AMEND MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES |

THIS MATTER comes before the Court upon the Parties' Joint Motion to Amend Minute Order Setting Trial Date and Related Dates.  Dkt. # 34.

The Court AMENDS the Minute Order Setting Trial Date and Related Dates, Dkt. # 25, as follows:

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | November 15, 2024 |
| All motions related to discovery (see LCR 7(d)) | December 1, 2024 |
| Discovery completed | December 16, 2024 |
| All dispositive motions and motions challenging expert witness testimony | January 17, 2025 |

ORDER GRANTING PARTIES' JOINT MOTION TO
AMEND MINUTE ORDER SETTING TRIAL DATE AND
RELATED DATES - 1
CASE NO. 2:23-CV-01634

DATED this 9th day of September, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE