UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FIVE AXIS INDUSTRIES, INC., a Washington corporation, | NO. 23-CV-01634-JHC |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO VACATE |
| v. | |
| GOSIGER MACHINE TOOLS, LLC, a foreign limited liability company, | (CLERK'S ACTION REQUIRED) |
| Defendant. | |

Before the Court is the parties' Notice of Settlement and Unopposed Motion to Vacate. Dkt. # 36.  The Court GRANTS the motion, and STRIKES the Show Cause Hearing currently set for September 24, 2024, as well as the trial date and associated deadlines.  Within 30 days of entry of this Order, the parties shall either file a Stipulated Motion for Dismissal or provide a Joint Status Report to the Court advising as to the status of settlement.

DATED this 23rd day of September, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO VACATE - 1
CASE NO. 23-CV-01634-JHC