UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FIVE AXIS INDUSTRIES, INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOSIGER MACHINE TOOLS, LLC, a foreign limited liability company,<br><br>　　　　　Defendant. | NO. 23-CV-01634-JHC<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

　　　　Plaintiff Five Axis Industries, Inc., and Defendant Gosiger Machine Tools, LLC, by their respective counsel and under Federal Civil Rule of Procedure 41(a)(1)(A), stipulate to a dismissal, with prejudice, of all claims made in this action, with each party to bear their own fees and costs.

　　　　DATED this 23rd day of October, 2024.

　　　　　　　　　　　　　　　　　　　CAIRNCROSS & HEMPELMANN, P.S.


　　　　　　　　　　　　　　　　　　　 s/ Rochelle Y. Doyea
　　　　　　　　　　　　　　　　　　　Rochelle Doyea WSBA No. 48175
　　　　　　　　　　　　　　　　　　　524 Second Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　Seattle, WA  98104-2323
　　　　　　　　　　　　　　　　　　　Telephone: (206) 254-4437
　　　　　　　　　　　　　　　　　　　E-mail: rdoyea@cairncross.com

JOINT STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
CASE NO. 23-CV-01634-JHC

|   |
|---|
| s/ Dominick S. Gerace |

Dominick S. Gerace (*pro hac vice*/Ohio 0082823)
E-mail: dgerace@taftlaw.com

 s/ Benjamin C. White
Benjamin C. White (*pro hac vice*/Ohio 0098232)
E-mail: bwhite@taftlaw.com

TAFT STETTINIUS & HOLLISTER LLP
425 Walnut St., Suite 1800
Cincinnati, OH 45202
Telephone: (513) 381-2838
Facsimile:  (513) 381-0205

Attorneys for Defendant/Counterclaim Plaintiff Gosiger Machine Tools, LLC


 s/ Theresa Rava
John Young WSBA No. 12890
Theresa Rava WSBA No. 53159
William Kincaid WSBA No. 54027
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: jyoung@williamskastner.com
Email: jyoung@williamskastner.com

Attorneys for Plaintiff/Counter-defendant Five Axis Industries, Inc.

I certify that this filing contains **46** words, in compliance with the Local Civil Rules

JOINT STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
CASE NO. 23-CV-01634-JHC

ORDER

Pursuant to the foregoing, it is hereby ORDERED that the parties' Stipulated Motion is GRANTED. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice and without costs or fees to any party.

DATED this 23rd day of October, 2024.

_____
John H. Chun
United States District Judge